HARVEY P. SACKETT (72488)
**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONDA D. SUTTON, | ) Case No: 4:11-cv-04088-LB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 12, 2012 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: February 6, 2012 | */s/*<br>LYNN M. HARADA<br>Special Assistant U.S. Attorney |
| Dated: February 6, 2012 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>RONDA D. SUTTON |

IT IS SO ORDERED.

Dated: July 31, 2012

HON. LAUREL BEELER
United States Magistrate Judge

2

STIPULATION AND ORDER